UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGE COMMUNITIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; BOARD OF SUPERVISORS OF COUNTY OF SAN DIEGO; and DOES 1–20,<br><br>Defendants. | Case No.: 20-cv-01896-AJB-DEB<br><br>**ORDER** |

On April 6, 2023, the Parties filed their respective jury instructions, various motions in limine, and trial briefs. (*See* Doc. Nos. 89–106.) Upon review of the Parties' competing papers, it is clear the Parties' legal arguments are incongruous and the Parties are not in a meaningful position to begin trial. Moreover, upon the Court's granting of Defendants' motion in limine to exclude testimony from property owners along West Lilac Road, the Court *sua sponte* finds no triable issue as to Plaintiffs' takings claim in that the Court sees no evidence in support of Plaintiffs' takings claim. Plaintiff's Trial Brief suggest a due process "processing" theory not pled nor part of the Joint Pretrial Order. (Doc. No. 108 at 6.) That Order focuses on a taking. (Doc. No. 86.)

Thus, the Court **VACATES** the motion in limine hearing set for Thursday, April 20, 2023, and **VACATES** the trial set to begin May 2, 2023. The Court further finds supplemental briefing is required as to Plaintiffs' legal and factual support of the takings claim. As such, the Court **ORDERS** the following:

1. Plaintiffs are instructed to file a supplemental brief explaining what evidence of a taking exists here under *Koontz v. St. Johns River Water Management Dist.*, 570 U.S. 595, 608–09 (2013), which held that "[w]here a permit is denied and the condition is never imposed, nothing has been taken[,]" no later than May 1, 2023.

2. Defendants are instructed to file a response to Plaintiffs' supplemental brief no later than May 8, 2023.

3. The Parties' supplemental briefs must not exceed fifteen pages and are limited to addressing the issue discussed above. Further argument will be scheduled as needed. *See* Civ. L. R. 7.1.

4. The Court will otherwise rule on the remaining Motions in Limine and will set further proceedings after the issue presented herein in resolved.

**IT IS SO ORDERED.**

Dated: April 18, 2023

Hon. Anthony J. Battaglia
United States District Judge